# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-00103 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| JOSE ANTONIO ALVARENGA, | : | |
| Defendant. | : | |

## ORDER APPOINTING CJA TRAINING PANEL ATTORNEY

Pursuant to the Criminal Justice Act (CJA) Training Panel Program, Jacob S. Seidl, Esq. is hereby appointed as a Training Panel attorney in this case. The Training Panel Attorney will serve in a second chair capacity and assist the CJA Lead Attorney who has been previously appointed in this case.

**IT IS SO ORDERED.**

March 7, 2025

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge